# EXHIBIT 1

# OFFER AND AGREEMENT FOR SALE OF PRODUCTS

**Wolfspeed.**

4600 Silicon Drive Durham, NC  27703
(919) 407-5300  Fax: (919) 407-5451

OFFER NUMBER
**00022308**

WHEN ORDERING, PLEASE REFER TO THIS NUMBER

**Buyer:**  Davie Greenock
Navitas Semiconductor
3520 Challenger St.
Torrance CA US 90503

| DATE | REFERENCE | OFFER EXPIRATION DATE | PAYMENT TERMS | SHIP |
|---|---|---|---|---|
| Aug 4, 2023 | 150mm N_type bare subs_Davie Greencock_Aug 2023 | Sep 3, 2023 | Net 30 | EX Works (EXW) |

| LINE ITEM | QTY | PART NUMBER | DESCRIPTION | LEAD TIME | PRICE | TOTAL FOR LINE ITEM |
|---|---|---|---|---|---|---|
| 1 | 5000 | S4NPG4CGENESIC001-C1-B200 | 4H-SiC, N-Type, production grade, 6" diameter, 350um Thick w/ 47.5mm Flat, 4deg off-axis, 0.015-0.028 ohm-cm, Low BPD, double side polish, silicon face CMP, epitaxy ready<br><br>Delivery: Q4CY23 through Q1CY24 | | 855.00 | 4,275,000.00 |

**Total Amount :   $ 4,275,000.00**
**Shipping Charge :  $**
**Total Amount including Shipping:   $ 4,275,000.00**

Seller hereby offers to sell the foregoing products and perform the services (if any) described above to and for Buyer pursuant to the terms and conditions of the existing master agreement between Seller and Buyer governing the sale of such goods and/or services or, if no such master agreement exists, on the terms and conditions set forth herein and in the Seller's Sales Terms and Conditions in effect as of the date of this offer (collectively, this "Agreement").  Seller's Sales Terms and Conditions are published at https://www.wolfspeed.com/legal/sales-terms and are incorporated herein.  A copy is available upon request.  This offer shall be considered accepted only upon receipt by Seller, at its designated location, of a copy of this offer signed on behalf of Buyer or of Buyer's purchase order for the products and services described herein and signed on behalf of Buyer.  Any terms and conditions of Buyer's purchase order or any other document issued by Buyer which purport to add to or vary any of the terms and conditions of this Agreement are hereby expressly rejected by Seller and shall not be binding on Seller unless such terms or conditions are expressly agreed to in writing by an authorized representative of Seller.  If not previously accepted, this offer will expire upon the expiration date stated above or, if no expiration date is given, then ten (10) days from the date hereof.  Unless otherwise stated above, this offer may be revoked or modified by Seller at any time prior to acceptance.  **SELLER'S SALES TERMS AND CONDITIONS ARE PART OF THIS AGREEMENT.  BUYER SHALL BE DEEMED TO HAVE AGREED TO AND ACCEPTED ALL SELLER'S SALES TERMS AND CONDITIONS UPON ACCEPTANCE OF THIS OFFER AS AFORESAID.  NO CHANGES OR ADDITIONS TO THIS OFFER OR SELLER'S SALES TERMS AND CONDITIONS WILL BE BINDING ON SELLER UNLESS AGREED TO IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER**.  The person signing below for Buyer represents to Seller that he is authorized by Buyer to accept this offer and enter into this Agreement on Buyer's behalf.

BUYER _____
BY _____
AUTHORIZED SIGNATURE
NAME  Davie Greenock
TITLE _____
DATE  08/04/2023

SELLER         Wolfspeed, Inc.
BY _____
AUTHORIZED SIGNATURE
NAME  Stacy Armada
TITLE  _____
DATE  08/04/2023