# **EXHIBIT 2**



**MANUFACTURING PURCHASE ORDER**

**PROD00000976**

GeneSic Semiconductor LLC
3520 Challenger St., Torrance
CA 90503
accounting@navitassemi.com / accounting@genesicsemi.com
www.navitassemi.com / www.genesicsemi.com

| | | | |
|---|---|---|---|
| **Vendor :** | Wolfspeed, Inc | **Status :** | Pre-release |
| **Vendor Address :** | 4600 Silicon Dr | **Payment Terms :** | NET 30 |
| | Durham , NC , 27703 | **Start Date :** | 08/04/2023 |
| | USA | **Order Date :** | 08/04/2023 |
| **Contact :** | Katya Tsvetkov | **Planner :** | Yu Dong |
| **Email :** | Katya.Tsvetkov@wolfspeed.com | | |

**Notes :**

## Production Order Information

| Line | Stage | Part/Rev | Vendor Part | UoM | Total Qty | Unit Price | Ext Price | Sched Qty | Req Delivery | Ship To | Ship To Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SUBSTRATE-WS | Bare Wafer/ 1 | GN6SWB-Rev1.2 Bare | wafer | 5,000 | USD855.0000 | USD4,275,000.00 | | | | |
| | | | | | | | | 5000 | 08/05/2023 | GeneSiC Semiconductor | GENESIC1 |

**Build Information : Build Data**
SPEC:S4NPG4CGENESIC001-C1-B200

## Ship To Address Detail

GENESIC1 : 3520 Challenger St., , , Torrance, CA  90503  US

## Material To Process

| Input Item | Qty | Ship From Company/Locaction | Tracking/Lot Info |
|---|---|---|---|

## Lot Charges Detail

| Charges Type | Qty | Unit Price | Ext Price |
|---|---|---|---|

**Total**
USD4,275,000.0000

**APPROVALS**

_____       _____
Signature                                                Date

_____       _____
Signature                                                Date