# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

|  |  |
|---|---|
| **WOLFSPEED, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NAVITAS SEMICONDUCTOR CORPORATION, GENESIC SEMICONDUCTOR LLC, PAUL WHEELER, and SASCHA DERN,**<br><br>**Defendant.** | Case No. 1:24-cv-01038 |

## <u>MOTION TO AMEND CASE MANAGEMENT ORDER</u>

Plaintiff Wolfspeed, Inc. moves this Court for an Order extending the deadlines in this matter. In support of its motion, Wolfspeed shows as follows:

Plaintiff Wolfspeed, Inc. and Defendants Navitas Semiconductor Corporation and Genesic Semiconductor LLC have engaged in written discovery, and Wolfspeed has served discovery on the newly added defendants. However, Defendants Paul Wheeler and Sascha Dern were added to the case after the Joint Rule 26(f) Report was filed and the Case Management Order was entered. Serving Mr. Dern is a lengthy process because he is a citizen and resident of Germany. Additionally, Wolfspeed recently filed a Motion for Leave to file a Second Amended Complaint, to which Defendants have not yet had an opportunity to respond, and for which Wolfspeed needs additional discovery in order to prove its claims

against the Defendants.  The parties, including the newly added parties, need additional time to continue discovery practice and conduct mediation with all parties present.

For these reasons, Wolfspeed respectfully requests an extension of all deadlines from the Joint Rule 26(f) Report and Case Management Order as follows:

|  | Proposed New Deadlines |
|---|---|
| Mediation | 7/16/2026 |
| Fact Discovery | 8/28/2026 |
| Expert Reports | 9/18/2026 |
| Rebuttal Expert Reports | 10/23/2026 |
| Expert Discovery | 11/13/2026 |

No trial date has been set in this matter, and this motion is not for the purpose of delay, but rather to allow the parties ample time to mediate with all parties present and all factual allegations in the record, complete discovery, and prepare all issues for trial.

WHEREFORE Wolfspeed respectfully requests that the Court amend the Case Management Order deadlines as outlined above, to allow sufficient time for all parties to meaningfully participate in mediation and discovery and address all factual allegations in the record.  Wolfspeed consulted with Defendants with respect to this Motion but did not receive a response before filing, and will supplement this filing as soon as it receives a response.

This the 7th day of May, 2026.

/s/ Rebecca K. Lindahl
Rebecca K. Lindahl
N.C. Bar No. 35378
rebecca.lindahl@katten.com
KATTEN MUCHIN ROSENMAN LLP

615 S. College Street, Suite 1700
Charlotte, NC 28202
Telephone: (704) 344-3141

Asena Baran
asena.baran@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
Telephone: (310) 788-4418
*Attorneys for Plaintiff, Wolfspeed, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties or their attorney through the court's electronic filing or case management system at an email address of record with the court.

/s/ Rebecca K. Lindahl

Rebecca K. Lindahl