# EXHIBIT 2



GeneSic Semiconductor LLC
3520 Challenger St., Torrance
CA 90503
accounting@navitassemi.com / accounting@genesicsemi.com
www.navitassemi.com / www.genesicsemi.com

**MANUFACTURING PURCHASE ORDER**

**PROD00000976**

| Vendor : | Wolfspeed, Inc | | Status : | Pre-release | Notes : |
|---|---|---|---|---|---|
| Vendor Address : | 4600 Silicon Dr | | Payment Terms : | NET 30 | |
| | Durham , NC , 27703 | | Start Date : | 08/04/2023 | |
| | USA | | Order Date : | 08/04/2023 | |
| Contact : | Katya Tsvetkov | | Planner : | Yu Dong | |
| Email : | Katya.Tsvetkov@wolfspeed.com | | | | |

## Production Order Information

| Line | Stage | Part/Rev | Vendor Part | UoM | Total Qty | Unit Price | Ext Price | Sched Qty | Req Delivery | Ship To | Ship To Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SUBSTRATE-WS | Bare Wafer/ 1 | GN6SWB-Rev1.2 Bare | wafer | 5,000 | USD855.0000 | USD4,275,000.00 | | | | |
| | | | | | | | | 5000 | 08/05/2023 | GeneSiC Semiconductor | GENESIC1 |

**Build Information : Build Data**
SPEC:S4NPG4CGENESIC001-C1-B200

## Ship To Address Detail
GENESIC1 : 3520 Challenger St., , , Torrance, CA  90503  US

## Material To Process

| Input Item | Qty | Ship From Company/Locaction | Tracking/Lot Info |
|---|---|---|---|
| | | | |

## Lot Charges Detail

| Charges Type | Qty | Unit Price | Ext Price |
|---|---|---|---|
| | | | |

| Total |
|---|
| **USD4,275,000.0000** |

**APPROVALS**

| Signature | Date |
|---|---|
| Signature | Date |