# EXHIBIT 10



July 29, 2025

Dear Paul,

Wolfspeed, Inc. ("Wolfspeed") has learned that you have accepted the position of Vice President & General Manager of New Energy Business at Navitas Semiconductor Corporation/GeneSiC Semiconductor, LLC ("Navitas"), which is identical (or nearly identical) to the position you held with WolfspeedAs you are aware, you executed and agreed to be bound by the term of a Employee Agreement Regarding Confidential Information, Intellectual Property, and Noncompetition (the "Employee Agreement") when you began your employment with Wolfspeed on November 5, 2018. A copy of your Employment Agreement is enclosed.

Your actions in accepting competitive employment with Navitas in an identical (or nearly identical) role to your last Wolfpeed position, and soliciting Wolfspeed's customers and employees are a direct breach of several provisions of your Employee Agreement, including but not limited to:

- Paragraph 1, which prohibits you from revealing any confidential information about Wolfspeed's customer lists, customer or prospective customer needs, contractual terms, marketing plans, or trade secrets;
- Paragraph 4(d)(i), which prohibits you from performing services for any Competing Business, which is defined in Paragraph 4(g), that are the same or similar to the services you performed for Wolfspeed;
- Paragraph 4(d)(iii), which prohibits you from requesting any of Wolfspeed's customers from curtailing or cancelling their business with Wolfspeed; and
- Paragraph 4(d)(iv), which prohibits you from inducing or attempting to terminate their employment with Wolfspeed.

In addition, if you were to solicit Wolfspeed's customers and employees that would be considered "detrimental conduct" as that term is described in the terms and conditions of the various Restrictive Stock Unit ("RSU") awards that you received. Under those terms and conditions, Wolfspeed has the right to claw back vested gains that you received within the last six months of your employment with Wolfspeed, which Wolfspeed reserves the right to do.

Wolfspeed is also informed that you have made material misstatements to Wolfspeed's customers about the quality of Wolfspeed's products and Wolfspeed's ability to fulfill orders. Those statements are false and defamatory, and entitle Wolfspeed to relief under state and federal law, including but not limited to actual and punitive damages for defamation, and violations of state and federal unfair-competition and trade-secret protection laws.

4600 Silicon Drive
Durham, NC 27703 USA
Main: (800) 533-2583



Wolfspeed takes violations of your Employee Agreement and federal and state very seriously. Wolfspeed therefore demands that you immediately cease and desist: (i) performing any services for Navitas that are the same or similar to the services you performed at Wolfspeed; and (ii) all efforts to solicit Wolfspeed's customers and employees. In order to avoid litigation, which could include injunctive relief, Wolfspeed demands that you confirm within three days, by reply email, that you have done so by providing me with (i) a written acknowledgement that you are no longer employed in a same or similar position at Navitas as your position at Wolfspeed, accompanied by a complete job description of any alternative position you have accepted with Navitas; and (ii) a list of each Wolfspeed customer or employee whom you have approached to purchase from or work for Navitas. Wolfspeed reserves the right to request copies of such communications. If you do not confirm by the deadline that you have ceased and desisted all competition and solicitation efforts, Wolfspeed will have no choice but to take further action against you and all others working in concert with you, including Navitas.

Concurrently with this email, Wolfspeed is notifying Navitas's counsel of these serious matters and will seek similar assurances from Navitas.

Thank you for your prompt attention to this important matter; we look forward to hearing from you by the deadline set forth herein.

Sincerely,

Melissa Garrett
SVP, General Counsel – Legal

MG:slw