# EXHIBIT 11



**615 S. College Street**
**Suite 1700**
**Charlotte, NC  28202-3354**
**+1.704.444.2000 tel**
**katten.com**

**REBECCA K. LINDAHL**
rebecca.lindahl@katten.com
+1.704.344.3141 direct
+1.704.612.4703 fax

<u>via email only</u>

October 9, 2025

Mike Phillips
Bell, Davis & Pitt, LLC
mphillips@belldavis.com

**Re:     Pending claims between Wolfspeed, Inc. and Navitas**

Dear Mike,

Now that Wolfspeed has successfully emerged from its Chapter 11 bankruptcy, it is resuming its litigation efforts in this and other cases. Wolfspeed has seen publicly available posts from Paul Wheeler, about whom we previously corresponded, that confirm that he is not—in fact—abiding by his Employee Agreement as you previously confirmed, which I previously provided to you, and that he is working in a directly competitive position to that which he held at Wolfspeed.  Wolfspeed takes this violation, and Navitas's misrepresentations about its intentions related to Mr. Wheeler's Employee Agreement very seriously.  To that end, Wolfspeed intends to immediately amend its complaint to include Paul Wheeler as a defendant and include claims against Mr. Wheeler for violating his Employee Agreement, and against Navitas for tortiously interfering with Mr. Wheeler's binding Employee Agreement with Wolfspeed, unless Wolfspeed and Navitas can promptly resolve this dispute to Wolfspeed's satisfaction.

As is clear from the allegations in Wolfspeed's complaint, Navitas owes Wolfspeed over $1,700,000 in damages based on Navitas's failure to pay past-due invoices for the products that Navitas cannot deny it ordered.  Navitas has no reasonable defense for its failure to accept the goods it ordered and—in some instances—unjustifiably rejected.  Nonetheless, Wolfspeed is willing to reach a reasonable resolution with Navitas that allows both parties to move forward and focus on more useful endeavors.

To that end, I have been authorized to demand that if Navitas will (i) pay to Wolfspeed the amount of $975,000 in good and available funds on or before October 18, 2025;  (ii) confirm that Mr. Wheeler will remove all public postings regarding his competitive employment and not be permitted to work in a competitive role for the duration of his Employee Agreement, and (iii) Mr. Wheeler will not solicit or attempt to solicit any current Wolfspeed employees and/or customers for the duration of his Employee Agreement, Wolfspeed will dismiss its claims against Navitas with prejudice and release Navitas for the pending claims.  This amount takes into account prejudgment, contract interest to which Wolfspeed is entitled.  This offer is only available through

{name}|\n
October 9, 2025
Page 2

5 PM on Tuesday, October 14.  If Navitas does not agree, Wolfspeed intends to amend its complaint on Wednesday, October 15 to include claims related to Mr. Wheeler's blatant violations of his Employee Agreement and Navitas's efforts to assist him.

.Sincerely,

Rebecca K. Lindahl