# EXHIBIT 13



April 01, 2022

Sascha Dern
174 Pacific Ave.
Cayucos, CA 93430

Re:     **Long-Term International Arrangement Letter**
        **Germany**

Dear Sascha,

This letter (the "Letter of Arrangement") provides key terms and conditions related to your upcoming flexible work arrangement which will be considered to be a Wolfspeed, Inc.[1] ("Wolfspeed" or the "Company") Long-Term International Arrangement (your "Arrangement") in Germany.

Please find below the key terms related to your Arrangement.

You will not be eligible to receive any benefits and allowances separate from the benefits and allowances mentioned in this Letter of Arrangement.

**Arrangement Start Date:**     Your Arrangement will begin April 01, 2022.

**Arrangement Location:**       The Arrangement Location is Germany ("Host Country"). You will at all times remain employed by Wolfspeed, Inc., and remain on the Wolfspeed, Inc. payroll, but for the duration of your Arrangement are assigned to Wolfspeed Europe GmbH.

**Arrangement End Date:**       Your Arrangement end date will be December 31, 2024, subject to mutually agreed upon extensions. Further, Wolfspeed may shorten the Arrangement, at its sole discretion, based on the needs of the business.

**Arrangement Restrictions:**   You will be permitted to work remotely in Germany, either from your residence or the Company's premises, for a minimum of 183 days per calendar year. Similarly stated, your presence in the United States must be less than 183 days in any one calendar year or for a consecutive period of six months over a year end (e.g., a consecutive six months spanning two calendar years, October 2022 – March 2023). You will be required to travel back to the United States for a maximum of 182 days per calendar year. During that time, you may work remotely from your residence in California and in

---

[1] As used in this Letter of Arrangement, Wolfspeed or the "Company" refers to Wolfspeed, Inc. or any subsidiary as Wolfspeed may select, in its sole discretion, to provide the benefits set forth.

1



| | |
|---|---|
| **Communication Requirements:** | accordance with the location(s) filed on your H-1B visa. You must communicate your travel plans in advance to your manager and HR. If any changes are made to established travel plans, you must provide immediate notice to your manager and HR. |
| | You will be required to track your travel to and from the United States and Germany and provide receipts as confirmation of your travel. You must document all days in each country, regardless of whether they are considered working or non-working days. This information must be provided by the 1st of each month to your manager and HR using the provided Excel spreadsheet. |
| | If you plan to travel outside of Germany or the United States at any point in time during this Arrangement and for any reason, you must communicate to management and HR in advance. You must also note your presence in any other country on the provided Excel spreadsheet. |
| **Pilot & Check-In:** | This arrangement will be piloted for 6 months, at the end of which time we will review the arrangement and determine whether or not it will continue. Subsequent to this meeting, we will meet monthly to discuss how this arrangement is going and to make adjustments as needed. |
| **Expectations of the Arrangement:** | It is expected that this work arrangement will not reduce your productivity. If at any time this arrangement no longer serves your purposes or the needs of the Company, the arrangement may be discontinued. |
| | If business needs require, there may be times when it will be necessary for you to forgo your flexible work arrangement to support unusual projects or conditions in the business. It is expected that you will make every attempt to adjust your schedule accordingly. Similarly, the Company will take into consideration your flexible work arrangement when scheduling meetings or gatherings that require all staff to be in attendance or when distributing workload. |
| | If, for any reason, the arrangement is terminated during the pilot period or at some future point in time, you will return to your former traditional work schedule/arrangement. Every effort will be made to give you at least two (2) weeks' notice before this change goes into effect. **This document is not, and in no way is to be construed as, an employment contract. You have always been and remain an "at will" employee.** If you refuse to return to your former work schedule, the Company will interpret it as a resignation from your employment. |
| | Any information technology used through a flexible work arrangement is subject to the Company's policies on electronic devices and information protection. |
| **Base Compensation:** | Your annual base salary will continue to be USD $221,450.00, and you will continue to be eligible for compensation increases in connection with Wolfspeed's annual merit review cycle. |

2

Case 1:24-cv-01038-UA-JEP    Document 48-13    Filed 06/18/26    Page 3 of 5



| | |
|---|---|
| **Continuation of Home Country Benefits:** | You will continue to be eligible to participate in the Wolfspeed 401(k) Plan, the Employee Stock Purchase Plan, and ancillary benefit plans such as the Employee Assistance Plan, etc., subject to their terms, except as otherwise provided in this Letter of Arrangement or the LTIA Program. |
| | Because you are not a US citizen and you will be living outside of the US, you will no longer be eligible to participate in the Company provided Basic Employee Life, Basic Dependent Life, Basic Employee Accidental Death and Dismemberment, Short-Term Disability, and Long-Term Disability plans with Lincoln Financial. |
| **Medical Insurance:** | For the duration of your Arrangement, you will be eligible to participate in Wolfspeed's Global Health Plan, subject to applicable service periods and other terms of the governing plan documents. |
| **Annual Leave and Holidays:** | You will receive Home Country vacation entitlements. or such number of days as may be required to comply with Host Country labor laws. You are required to observe the Host Country's holiday schedule if necessary to stay in compliance with local laws and requirements. |
| **Method of Payment:** | You will remain on the Wolfspeed, Inc. payroll system. All payments will be made in the U.S. currency. |
| **Work Hours:** | Your work hours will be scheduled as to comply with the local laws and customs established in the Host Country. Your work hours may also be dictated by your manager and business needs. |
| **No Employment Agreement:** | No provisions of this Letter of Arrangement constitute a commitment by Wolfspeed to employ you for any specific term. |
| **Code of Conduct, HR Policies, and Confidential Information:** | As with all Wolfspeed employees, you will remain bound by the terms of the Wolfspeed Code of Conduct, applicable HR policies, and your executed Employee Agreement Regarding Confidential Information, Intellectual Property, and Non-Competition. |

Sascha, we are excited about our ability to support your flexible work Arrangement. This Letter of Arrangement represents Wolfspeed's commitment to you, and yours to us, to assist with a successful Arrangement.

Accordingly, in addition to all other applicable Wolfspeed policies, you are required to observe Wolfspeed's policy of treating all employment terms with the strictest confidence, and you may not discuss the terms of this Letter of Arrangement with other employees except as permitted by applicable law.

This Letter of Arrangement supersedes any prior oral or written agreements or understanding regarding your Arrangement and may only be amended or altered in writing signed by an officer of the Company.

Please let me know if you have any questions regarding the information provided.

3

Case 1:24-cv-01038-UA-JEP    Document 48-13    Filed 06/18/26    Page 4 of 5



Best regards,

Jay Cameron
SVP Power


Accepted and Agreed to by:

Sascha Dern
on this _17_ day of _APRIL_, 2022