# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WOLFSPEED, INC., | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-01038 |
| NAVITAS SEMICONDUCTOR CORPORATION, GENESIC SEMICONDUCTOR LLC, PAUL WHEELER, and SASCHA DERN, | |
| Defendants. | |

## ANSWER TO SECOND AMENDED COMPLAINT

NOW COMES Defendant Paul Wheeler ("Defendant" or "Wheeler"), through the undersigned counsel, and hereby answers the correspondingly numbered paragraphs of the Second Amended Complaint (Doc. 48) filed by Plaintiff Wolfspeed, Inc. ("Plaintiff" or "Wolfspeed"). Any allegations of the Second Amended Complaint not specifically admitted are denied.

### PARTIES, JURISDICTION, AND VENUE

1. Admitted that Plaintiff has a principal place of business in Durham, North Carolina. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

2. Admitted that Defendant Navitas Semiconductor Corporation has a principal place of business in Torrance, California. Except as expressly admitted, the allegations in

this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

3. Admitted that Defendant GeneSiC Semiconductor LLC has a principal place of business in Torrance, California. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

4. Admitted.

5. Admitted upon information and belief that Sascha Dern is a citizen and resident of Germany. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

6. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

7. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

8. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

9. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

10. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, the allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required and are denied for lack of knowledge or information.

11. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, admitted that Wheeler is a former employee of Wolfspeed. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied.

BACKGROUND FACTS

12. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

13. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

14.     The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

15.     Admitted.

16.     The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

17.     The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

18.     The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

19.     The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

20. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

21. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

22. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

23. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

24. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

- 5 -

25. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

26. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

27. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

28. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

29. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

- 6 -

30. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

31. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

32. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

33. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

34. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

35. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

36. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

37. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

38. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

39. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

40. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

41. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

42. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

43. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

44. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

- 9 -

45.    The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

46.    The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

47.    The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

48.    The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

49.    The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

50. Admitted that Wolfspeed granted Wheeler Restricted Stock Units ("RSUs") during his employment with Wolfspeed. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

51. Admitted as to this answering Defendant. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

52. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Amended Complaint are inconsistent therewith, they are denied.

53. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

54. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the

- 11 -

allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

55.     Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves.  To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

56.     Admitted.

57.     Admitted upon information and belief.

58.     Admitted that the Wheeler Employment Agreement attached to the Second Amended Complaint as Exhibit 8 is a document that is the best evidence of its contents, the terms of which speak for themselves.  To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

59.     Admitted that in July 2025, Wheeler accepted a position at Navitas as its New Energy Sector VP.  Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied.

60.     Denied.

61.     Denied.

62.     Denied.

63.     Denied.

64.     Admitted that Wolfspeed's July 29, 2025 correspondence to counsel for Navitas attached to the Second Amended Complaint as Exhibit 9 is a document that is the best evidence of its contents, the terms of which speak for themselves.  To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

65.     Admitted that Wolfspeed's July 29, 2025 correspondence to Wheeler attached to the Second Amended Complaint as Exhibit 10 is a document that is the best evidence of its contents, the terms of which speak for themselves.  To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

66.     Admitted that Wheeler did not substantively respond or take action in response to Wolfspeed's July 29, 2025 correspondence to counsel for Defendants attached to the Second Amended Complaint as Exhibit 10.  The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from this answering Defendant, denied for lack of knowledge or information.

67.     Admitted that Wolfspeed's October 9, 2025 correspondence to counsel for Navitas attached to the Second Amended Complaint as Exhibit 11 is a document that is the best evidence of its contents, the terms of which speak for themselves.  Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

68. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

69. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

70. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

71. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

72. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

73.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

74.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

75.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

76.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

77.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

78.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

79.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

80.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

81.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

82.     The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

83. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

84. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

85. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

86. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

87. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

88. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

89. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

90. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

91. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

92. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

93. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

94. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

95. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

96. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

<u>FIRST CLAIM FOR RELIEF</u>
(Breach of Contract)

97. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

98. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

- 19 -

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

99. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

100. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

101. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

102. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

103. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

104. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

105. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

106. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

107. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

108. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

109. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

SECOND CLAIM FOR RELIEF
(Breach of Contract Against Mr. Wheeler and Mr. Dern)

110. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

111. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

112. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

113. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

114. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties

- 22 -

and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

115. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

116. Denied.

117. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

118. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

119. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

120. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties

- 23 -

and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

121.   Denied as against this answering Defendant.   The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

<u>THIRD CLAIM FOR RELIEF</u>
(Wrongful Interference with Contractual Relationships Against Navitas)

122.   Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

123.   The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied for lack of knowledge or information.

124.   Denied as against this answering Defendant.   The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied.

125.   Denied as against this answering Defendant.   The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant.  To the extent that a response is required from Defendant, denied.

- 24 -

126. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

127. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

128. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

129. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

FOURTH CLAIM FOR RELIEF
(Breach of RSU Agreements' Terms and Conditions–Wheeler)

130. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

131. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

132. Denied.

133. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

134. The allegations in this paragraph of the Second Amended Complaint do not require a response. To the extent that a response is required, admitted that Wolfspeed's July 29, 2025 correspondence to Wheeler attached to the Second Amended Complaint as Exhibit 10 is a document that is the best evidence of its contents, the terms of which speak for themselves. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

135. Denied.

<u>FIFTH CLAIM FOR RELIEF</u>
(Breach of RSU Agreements' Terms and Conditions–Dern)

136. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

137. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

138. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

139. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

140. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

141. The allegations in this paragraph of the Second Amended Complaint are directed towards another party and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

<u>SIXTH CLAIM FOR RELIEF</u>
(Injunctive Relief–Navitas)

142. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

- 27 -

143. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

144. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

145. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

146. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

<u>PRAYER FOR RELIEF</u>

To the extent Plaintiff's Prayer for Relief requires a response, Defendant denies that Plaintiff is entitled to any of the relief requested.

**<u>FIRST AFFIRMATIVE DEFENSE</u>**
**(Failure to State a Claim)**

For the reasons stated herein, Plaintiff's claims against Wheeler fail, in whole or in part, for the failure to state a claim upon which relief may be granted and should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

- 28 -

## SECOND AFFIRMATIVE DEFENSE
### (Restrictive Covenants in Wheeler Employment Agreement Unenforceable)

The non-competition and non-solicitation provisions in the Wheeler Employment Agreement are invalid and unenforceable because the geographic territory is overly broad, the scope of Company Business and Competing Business (as defined therein) is overly broad, the scope of services that Wheeler is allegedly prohibited from performing or utilizing is unreasonable and overly broad, and such restrictive covenants are otherwise unenforceable and in violation of public policy.

## THIRD AFFIRMATIVE DEFENSE
### ("Detrimental Activity" in Wheeler Restricted Stock Unit Agreement Unenforceable)

The terms of the Wheeler Restricted Stock Unit Agreement allegedly subjecting Wheeler to forfeiture of certain restricted stock units for engaging in "Detrimental Activity" (as defined therein) are invalid and unenforceable because the geographic territory is unlimited, the scope of Company Business and Competing Business is overly broad, the scope of services that Wheeler is allegedly prohibited from performing or utilizing is unreasonable and overly broad, and the definition of "Detrimental Activity" is otherwise unenforceable and in violation of public policy.

## RESERVATION AND NON-WAIVER OF DEFENSES

Defendant reserves and does not waive any additional or further defenses as may be revealed by additional information that may be acquired in discovery or otherwise.

WHEREFORE, Defendant Paul Wheeler, having fully responded to the Second Amended Complaint, respectfully requests that the Court grant the following relief:

1. That Plaintiff have and recover nothing from Wheeler on each of its claims in the Second Amended Complaint and that such claims be dismissed with prejudice.

2. That all issues of fact be tried by a jury.

3. That the costs of this action, including reasonable attorneys' fees, be taxed against Plaintiff to the extent allowed by law.

4. For such other and further relief as the Court deems just and proper.

This the 3rd day of July, 2026.

/s/ Michael D. Phillips
Michael D. Phillips
N.C. State Bar No. 31730
mphillips@belldavispitt.com
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
Telephone:   (336) 722-3700
Facsimile:    (336) 714-4101


Marc E. Gustafson
N.C. State Bar No. 34429
mgustafson@belldavispitt.com
BELL, DAVIS & PITT, P.A.
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: (704) 227-0400
Facsimile: (704) 227-0178

*Attorneys for Defendant Paul Wheeler*

- 30 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed through the CM/ECF system and that such filing was sent electronically to those parties registered with the CM/ECF system.

This the 3rd day of July, 2026.

/s/ Michael D. Phillips
Michael D. Phillips

Case 1:24-cv-01038-UA-JEP    Document 52    Filed 07/03/26    Page 31 of 31