IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No. 1:24-cv-01038

| | |
|---|---|
| WOLFSPEED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NAVITAS SEMICONDUCTOR CORPORATION, GENESIC SEMICONDUCTOR LLC, PAUL WHEELER, and SASCHA DERN,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Gabriela M. Chartier hereby enters a notice of special appearance as attorney for Plaintiff Wolfspeed, Inc. in the above-captioned matter, in association with local counsel, Hope C. Garber of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P, pursuant to Local Civil Rule 83.1(d).

I certify that I will submit any document to local counsel for review prior to filing the document with the court, pursuant to Local Civil Rule 83.1(d).

This the 25th day of August, 2026.

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

*/s/ Gabriela M. Chartier*
Gabriela M. Chartier (D.C. Bar No. 90021483)
gchartier@smithlaw.com
Post Office Box 2611

Raleigh, NC 27602-2611
Tel.: (919) 821-1220
Fax: (919) 821-6800

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP

/s/ *Hope C. Garber*
Edward F. Roche (N.C. Bar No. 55434)
eroche@smithlaw.com
Hope C. Garber (N.C. Bar No. 59501)
hgarber@smithlaw.com
Post Office Box 2611
Raleigh, NC 27602-2611
Tel.: (919) 821-1220
Fax: (919) 821-6800

*Attorneys for Plaintiff Wolfspeed, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed this document with the Clerk of Court using the CM/ECF System, which will send notification of the filing to all counsel of record.

This the 25th day of August, 2026.

*/s/ Gabriela M. Chartier*
Gabriela M. Chartier