**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WOLFSPEED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NAVITAS SEMICONDUCTOR CORPORATION, GENESIC SEMICONDUCTOR LLC, PAUL WHEELER, and SASCHA DERN,<br><br>Defendants. | Case No. 1:24-cv-01038 |

## ANSWER TO SECOND AMENDED COMPLAINT

NOW COMES Defendant Sascha Dern ("Defendant" or "Dern"), through the undersigned counsel, and hereby answers the correspondingly numbered paragraphs of the Second Amended Complaint (Doc. 48) filed by Plaintiff Wolfspeed, Inc. ("Plaintiff" or "Wolfspeed"). Any allegations of the Second Amended Complaint not specifically admitted are denied.

### PARTIES, JURISDICTION, AND VENUE

1. Admitted upon information and belief that Plaintiff has a principal place of business in Durham, North Carolina. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

2. Admitted that Defendant Navitas Semiconductor Corporation has a principal place of business in Torrance, California. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

3. Admitted that Defendant GeneSiC Semiconductor LLC has a principal place of business in Torrance, California. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

4. Denied for lack of knowledge or information.

5. Admitted that Dern is a citizen of the Federal Republic of Germany who resides in Starnberg, Germany. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied.

6. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

7. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

8. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

9. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied for lack of knowledge or information.

10. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, the allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required and are denied for lack of knowledge or information.

11. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, admitted that Dern is a former employee of Wolfspeed. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied.

## BACKGROUND FACTS

12. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

13. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

14. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

15. Admitted.

16. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

17. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

18. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

19. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

20. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

21. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

22. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

23. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

24. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

25. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

26. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

27. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

28. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

29. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

30. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

31. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

32. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

33. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

34. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

35. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

36. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

37. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

38. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

39. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

40. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

41. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

42. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

43. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

44. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

45. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

46. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

47. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

48. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

49. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

50. Admitted that Wolfspeed granted Dern Restricted Stock Units ("RSUs") during his employment with Wolfspeed. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

51. Admitted as to this answering Defendant. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied for lack of knowledge or information.

52. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Amended Complaint are inconsistent therewith, they are denied.

53. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

54. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the

allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

55. Admitted that the Terms and Conditions to Wolfspeed's RSU Agreements attached to the Second Amended Complaint as Exhibit 7 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

56. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

57. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

58. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

59. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

60. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

61. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

62. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

63. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

64. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

65. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

66. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

67. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

68. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

69. Admitted that Dern started working for Wolfspeed on February 1, 2021 and that he was hired prior to this date. Except as expressly admitted, the allegations in this paragraph of the Second Amended Complaint are denied.

70. Admitted.

71. Admitted that the two separate documents titled "Employee Agreement Regarding Confidential Information, Intellectual Property, and Non-Competition" and attached to the Second Amended Complaint as Exhibit 12 (the "Dern Employee Agreements") were executed by Dern after he was hired by Wolfspeed and that these documents are the best evidence of their contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

72. Denied.

73. Denied

74. Denied.

75. Denied.

76. Admitted that the Long-Term International Arrangement Letter Germany ("LTIA") dated April 17, 2022 and attached to the Second Amended Complaint as Exhibit 13 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

77. Admitted that the LTIA attached to the Second Amended Complaint as Exhibit 13 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

78. Admitted that the LTIA attached to the Second Amended Complaint as Exhibit 13 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

79. Admitted that Wolfspeed terminated Dern on July 4, 2025 as part of a reduction-in-force and that the Agreement and General Release attached to the Second Amended Complaint as Exhibit 14 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

80. Admitted that the Agreement and General Release attached to the Second Amended Complaint as Exhibit 14 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

81. Admitted that Dern's Employee Agreements and RSU Agreements are documents that are the best evidence of their contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

82. Admitted that Dern's Employee Agreements and RSU Agreements are documents that are the best evidence of their contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

83. Admitted that the Agreement and General Release attached to the Second Amended Complaint as Exhibit 14 is a document that is the best evidence of its contents, the terms of which speak for themselves. To the extent the allegations in this paragraph of the Second Amended Complaint are inconsistent therewith, they are denied.

84. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

85. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

86. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

87. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

88. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

89. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

90. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

91. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

92. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

93. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

94. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

95. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

96. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

## FIRST CLAIM FOR RELIEF
(Breach of Contract)

97. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

98. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

99. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

100. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

101. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

102. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

103. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

104. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

105. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

106. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

107. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

108. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering

Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

109. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

SECOND CLAIM FOR RELIEF
(Breach of Contract Against Mr. Wheeler and Mr. Dern)

110. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

111. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

112. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

113. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

114. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties

and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

115. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

116. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

117. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

118. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

119. Denied.

120. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties

and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

121. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

THIRD CLAIM FOR RELIEF
(Wrongful Interference with Contractual Relationships Against Navitas)

122. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

123. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

124. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

125. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

126. Denied as against this answering Defendant. The allegations in this paragraph of the Second Amended Complaint are otherwise directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

127. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

128. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

129. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied for lack of knowledge or information.

FOURTH CLAIM FOR RELIEF
(Breach of RSU Agreements' Terms and Conditions–Wheeler)

130. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

131. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

132. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

133. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

134. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

135. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

FIFTH CLAIM FOR RELIEF
(Breach of RSU Agreements' Terms and Conditions–Dern)

136. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

137. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

138. Denied.

139. The allegations in this paragraph of the Second Amended Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

140. The allegations in this paragraph of the Second Amended Complaint do not require a response. To the extent that a response is required, denied.

141. Denied.

SIXTH CLAIM FOR RELIEF
(Injunctive Relief–Navitas)

142. Defendant realleges and incorporates by reference his responses to the allegations of the foregoing paragraphs of the Second Amended Complaint.

143. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

144. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

145. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

146. The allegations in this paragraph of the Second Amended Complaint are directed towards other parties and therefore no response is required from this answering Defendant. To the extent that a response is required from Defendant, denied.

PRAYER FOR RELIEF

To the extent Plaintiff's Prayer for Relief requires a response, Defendant denies that Plaintiff is entitled to any of the relief requested.

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

For the reasons stated herein, Plaintiff's claims against Dern fail, in whole or in part, for the failure to state a claim upon which relief may be granted and should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**SECOND AFFIRMATIVE DEFENSE**
**(Restrictive Covenants in Dern Employee Agreements Unenforceable)**

Plaintiff fails to identify or specify which of the two separate Dern Employee Agreements attached to the Second Amended Complaint it seeks to enforce and summarily comingles the two as a singular contract. Whichever one may apply, the non-competition and non-solicitation provisions in the two separate Dern Employee Agreements are nevertheless invalid and unenforceable because one or both of them lack sufficient consideration, their geographic territories are overly broad, the scope of Company Business and Competing Business (as defined therein) is overly broad, the scope of services that Dern is allegedly prohibited from performing or utilizing is unreasonable and overly broad, and such restrictive covenants are otherwise unenforceable and in violation of public policy

under state law or the law of the Federal Republic of Germany, where Dern is a citizen and resident.

**THIRD AFFIRMATIVE DEFENSE**
**("Detrimental Activity" in Dern Restricted Stock Unit Agreement Unenforceable)**

The terms of the Dern Restricted Stock Unit Agreement allegedly subjecting Dern to forfeiture of certain restricted stock units for engaging in "Detrimental Activity" (as defined therein) are invalid and unenforceable because the geographic territory is unlimited, the scope of Company Business and Competing Business is overly broad, the scope of services that Dern is allegedly prohibited from performing or utilizing is unreasonable and overly broad, and the definition of "Detrimental Activity" is otherwise unenforceable and in violation of public policy.

**RESERVATION AND NON-WAIVER OF DEFENSES**

Defendant reserves and does not waive any additional or further defenses as may be revealed by additional information that may be acquired in discovery or otherwise.

WHEREFORE, Defendant Sascha Dern, having fully responded to the Second Amended Complaint, respectfully requests that the Court grant the following relief:

1. That Plaintiff have and recover nothing from Dern on each of its claims in the Second Amended Complaint and that such claims be dismissed with prejudice.

2. That all issues of fact be tried by a jury.

3. That the costs of this action, including reasonable attorneys' fees, be taxed against Plaintiff to the extent allowed by law.

4. For such other and further relief as the Court deems just and proper.

This the 20th day of October, 2026.

/s/ Michael D. Phillips
Michael D. Phillips
N.C. State Bar No. 31730
mphillips@belldavispitt.com
Alan M. Ruley
N.C. State Bar No. 16407
aruley@belldavispitt.com
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
Telephone: (336) 722-3700
Facsimile: (336) 714-4101

*Attorneys for Defendant Sascha Dern*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the CM/ECF system and that such filing was sent electronically to those parties registered with the CM/ECF system.

This the 20th day of October, 2026.

/s/ Michael D. Phillips
Michael D. Phillips